IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TYSHON D. LAWS,

    Plaintiff,

vs.

CAROLYN W. COLVIN,

    Defendant.        Case No. 12-cv-652-DRH-CJP

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by Chief Judge David R. Herndon, the Commissioner's final decision denying plaintiff's application for benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence **four** of **42 U.S.C. §405(g).**

Judgment is entered in favor of plaintiff Tyshon D. Laws and against defendant Carolyn W. Colvin, Acting Commissioner of Social Security.

DATED:    March 21, 2013

        NANCY J. ROSENSTENGEL

        BY:  /s/ *Sara Jennings*
             Deputy Clerk

**APPROVED:**

Digitally signed by David R. Herndon
Date: 2013.03.21 12:42:04 -05'00'

**DAVID R. HERNDON**
**CHIEF JUDGE**